☐AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Oklahoma

UNITED STATES OF AMERICA,
on behalf of the Rural Housing Service

**SUMMONS IN A CIVIL CASE**

V.

RUSSELL STONE, ET AL.

CASE NUMBER: 11-CV-401-JHP-PJC

TO: (Name and address of Defendant)

Russell Stone
Shelley Stone aka Shelly Stone
ONB Bank and Trust Company
County Treasurer, Rogers County, Oklahoma
Board of County Commissioners, Rogers County, Oklahoma

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

THOMAS SCOTT WOODWARD
United States Attorney
PHIL PINNELL
Assistant United States Attorney
110 West 7th Street, Suite 300
Tulsa, OK  74119-1013

an answer to the complaint which is served on you with this summons, within _____21_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PHIL LOMBARDI                                           JUN 2 8 2011
CLERK                                                   DATE

S. Cole
(By) DEPUTY CLERK